PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Carol DeRise         Cr.: 14-00053-001
       PACTS #: 362562

Name of Sentencing Judicial Officer:    THE HONORABLE STANLEY R. CHESLER
       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/14/2014

Original Offense: Theft of Government Money, Public Money, Property, or Records

Original Sentence: 8 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment, No New Debt, Restitution, Special Assessment

Type of Supervision: Supervised Release        Date Supervision Commenced: 02/13/15

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Between March 13, 2015 and February 13, 2017, DeRise failed to make restitution payments according to the payment schedule ordered by the Court. As of this date, the offender has paid $2,909.84 and has a remaining balance of $266,179.81. The offender should have paid at least $6,000. However, the offender is presently unemployed and receiving social security benefits. |

U.S. Probation Officer Action:

While the probation office is discouraged by DeRise's actions, the U.S. Probation Office in the Middle District of Florida is requesting an opportunity to address his noncompliance internally. As such, we are recommending no action be taken at this time. If Your Honor agrees with our plan, the probation office will present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey /EV
U.S. Probation Officer
Date: 04/10/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
4/13/0
Date

UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**BETH L. NEUGASS**
SR. DEPUTY CHIEF PROBATION OFFICER

**MAUREEN KELLY**
DEPUTY CHIEF PROBATION OFFICER

**SUSAN M. SMALLEY**
DEPUTY CHIEF PROBATION OFFICER

April 10, 2017

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
Senior United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102

RE: DeRise, Carol
Dkt. No.: 14-00053-001
<u>Notice of Noncompliance-Request for Written Reprimand</u>

Dear Judge Chesler:

On May 14, 2014, Your Honor sentenced the above-named offender to 8 months imprisonment followed by three years of supervised release for theft of government money, public money, property, or records. The offender was ordered to pay restitution in the amount of $268,989.65, payable at a rate of $250 monthly, and a $100 special assessment. The following special conditions were also imposed: 1) mental health treatment; 2) no new debt; 3) DNA collection. On February 13, 2015, the offender commenced her term of supervision in the Middle District of Florida.

As detailed in the attached petition, DeRise is considered to be in noncompliance with the conditions of supervision. If Your Honor agrees with our position and plan for addressing the noncompliance, please sign the petition as a formal written reprimand issued by the Court. If Your Honor wishes to discuss this matter, or order an alternative course of action, please contact the undersigned officer at 973-885-3968.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Jamel H. Dorsey
U.S. Probation Officer

jhd/
Attachment